No. 75–95. TENNESSEE ET AL. *v.* DUNLAP. C. A. 6th Cir. [Certiorari granted, *ante,* p. 821.] Motion to dispense with printing an appendix granted.

No. 75–129. SUCHY *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to file an amended petition for writ of certiorari granted.

No. 75–302. SMALL ET AL. *v.* PANGLE, TREASURER OF KANKAKEE COUNTY, ET AL., *ante,* p. 918. Motion of Illinois Association of Homes for the Aging for leave to file a brief as *amicus curiae* denied.

No. 75–353. PIPER ET AL. *v.* CHRIS-CRAFT INDUSTRIES, INC.;

No. 75–354. FIRST BOSTON CORP. *v.* CHRIS-CRAFT INDUSTRIES, INC.; and

No. 75–355. BANGOR PUNTA CORP. *v.* CHRIS-CRAFT INDUSTRIES, INC. C. A. 2d Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 75–5090. IN RE SANTA CATALINA;

No. 75–5431. THOMAS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA;

No. 75–5507. HARGRAVES *v.* GAGNON, WARDEN;

No. 75–5546. HICKS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA; and

No. 75–5589. TURNER *v.* BLACK, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–5227. BROWN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA ET AL. Motion for leave to file petition for writ of mandamus denied.